UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TRAVIS NAPIER<br><br>  Defendant. | 6:18-CR-66-REW<br><br>ORDER |

This matter is before the Court on the Recommended Disposition (DE 39) of the United States Magistrate Judge Hanly A. Ingram, addressing Defendant Travis Napier's guilty plea as to Counts 1, 3, & 4 of the Indictment (DE 1). *See also* DE 38 (Minute Entry). Defendant appeared before Judge Ingram on May 6, 2019. *See id*.

After consenting to plead before a United States Magistrate Judge and engaging in the full colloquy required by Rule 11, Napier proceeded to plead guilty. DE 39 at ¶¶ 1–2. Judge Ingram found Defendant competent to plead and that Defendant did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the charged offenses. *Id.* at ¶¶ 2-3. Accordingly, Judge Ingram recommended that the Court accept Defendant's plea and adjudge him guilty of the offenses charged in Counts 1, 3 & 4 of the Indictment. *Id.* at ¶ 4.

Defendant had three days within which to object to Judge Ingram's recommendation, and he has not done so. *See id.* at 2–3. Nor has the United States objected. While this Court reviews *de novo* those portions of a Recommended Disposition to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to

"review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the Magistrate Judge's recommended disposition, they waive any right to review. *See* Fed. R. Civ. P 59; *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE 39), accepts the plea, and **ADJUDGES** Travis Napier guilty of Counts 1, 3 & 4 of the Indictment. The Court further **CANCELS** the jury trial as to this Defendant. The Court will enter an Order scheduling sentencing for September 11, 2019.

This the 13th day of May, 2019.

Signed By:
*Robert E. Wier*  REW
United States District Judge